UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:19-CR-00177(1)-ADA |
| | § | |
| (1) MARQUEZ ANTONIO STEVENSON | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On February 26, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) MARQUEZ ANTONIO STEVENSON, which alleged that Stevenson violated a condition of his supervised release and recommended that Stevenson's supervised release be revoked (Clerk's Document No. 44). A warrant issued and Stevenson was arrested. On April 16, 2025, Stevenson appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Stevenson appeared before the magistrate judge on May 27, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on May 28, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Stevenson, the magistrate judge recommends that this court revoke Stevenson supervised release and that Stevenson be sentenced to imprisonment for SEVEN (7) months, with no term supervised release to follow the term of imprisonment, and that he be given credit for the time he has been in custody (Clerk's Document No. 57).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On May 27, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 56). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 57) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) MARQUEZ ANTONIO STEVENSON's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) MARQUEZ ANTONIO STEVENSON be imprisoned for SEVEN (7) months with no term of supervised release. The defendant shall be given credit for the time he has been in custody.

Signed this 28th day of May, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE